

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 DEC 23  P 2: 28

BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MATTHEW AND MICHELLE CHAPPLE * and ANPAC LOUISIANA INSURANCE COMPANY (ANPAC) | * | CIVIL ACTION<br>NO. 06-286 |
| VERSUS | * | JUDGE: POLOZOLA |
| FORD MOTOR COMPANY | * | MAGISTRATE: DALBY |

\*   \*   \*   \*   \*   \*   \*

## ORDER

CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the claims of plaintiff, ANPAC Louisiana Insurance Company, be dismissed, with prejudice, against defendant, Ford Motor Company, each party to bear their own costs. *The remaining parties in the case, yours, shall advise the Court on or before Jan. 15, 2009 whether the case shall remain on the Court's docket & if so, whether it is ready for trial.*

Baton Rouge, Louisiana, this _____ day of _____, 2008.

12/23/08

_____
UNITED STATES
DISTRICT COURT JUDGE